# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| KORRY TOBIN, | Case No. 2:23-cv-01044-WBS-DMC |
|---|---|
| Plaintiff, | District Judge: William B. Shubb |
| vs. | **JUDGMENT** |
| FORD MOTOR COMPANY; YREKA MOTORS; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff KORRY TOBIN ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 March 21, 2024.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $85,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: March 25, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**[PROPOSED] JUDGMENT**