# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORRY TOBIN, | Case No. 2:23-cv-01044-WBS-DMC |
| Plaintiff, | District Judge: William B. Shubb |
| vs. | **ORDER** |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff KORRY TOBIN ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $16,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $16,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by July 24, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated: June 6, 2024

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE