# UNITED STATES DISTRICT COURT
# EASTERN OF CALIFORNIA

| | |
|---|---|
| KORRY TOBIN,<br><br>      Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>      Defendant. | Case No.: 2:23-cv-01044-WBS-DMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL

   Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

   It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated:  August 26, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE